136

Estate of Samuel Lerner, Deceased, Sidney S. Lerner, M.D., Administrator, Petitioner *v.* Commonwealth of Pennsylvania, Workmen's Compensation Appeal Board, Philadelphia Psychiatric Center and Pennsylvania Manufacturers' Association Insurance Company, Respondents.

Argued September 15, 1978, before Judges CRUMLISH, JR., WILKINSON, JR. and CRAIG, sitting as a panel of three.

*Sidney S. Lerner*, M.D., petitioner, for himself.

*Larry Pitt,* with him *Sharon F. Harvey,* and *James N. Diefenderfer,* for respondents.

Per Curiam Opinion, October 17, 1978:

The only issue here is whether Appellant, Sidney S. Lerner, may require the Workmen's Compensation Appeal Board (Board) to open hearings on a matter previously adjudicated by the Board and argued before and finally decided by this Court where he is unable to show new evidence which was unavailable at the time of the prior hearing. Our prior decision[1] constituted a final adjudication of the issues and the Board properly concluded that it had no authority to grant a rehearing.

Accordingly, we

ORDER

And Now, this 17th day of October, 1978, the decision of the Workmen's Compensation Appeal Board is affirmed.

---

[1] *See Lerner v. Philadelphia Psychiatric Center,* 26 Pa. Commonwealth Ct. 208, 363 A.2d 873 (1976).